UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT ANTHONY SANCHEZ, | ) | NO. EDCV 21-227-JFW (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| FRANK WEBBER, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order dismissing the First Amended Complaint,

IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend and the entire action is dismissed without prejudice.

DATED: April 8, 2021

_____
JOHN F. WALTER
United States District Judge